IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARTHUR DIBARI,

    Plaintiff,

v.

APAC CUSTOMER SERVICES, INC.,

    Defendant.

   /

No. C 13-80069 WHA

**ORDER RE MOTION TO QUASH**

    With apologies to the parties, the Court has just learned within the last few minutes that a motion to quash a subpoena was lodged with the Court sometime on April 9 and, for reasons as yet unknown, was not supplied to the general duty judge until now. The moving party must immediately contact the Courtroom Deputy at (415)-522-2020 in order to arrange a conference call with the Court to resolve this matter — if it is still a live controversy. Please let the Court know one way or the other.

    **IT IS SO ORDERED.**

Dated: April 12, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE